**In re G & F MANUFACTURING, INC.**

No. 2012–1171.

United States Court of Appeals,
Federal Circuit.

March 21, 2012.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ENTERGY NUCLEAR FITZPATRICK, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc., Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2012–5059.

United States Court of Appeals,
Federal Circuit.

March 26, 2012.

Alexander D. Tomaszczuk, Evan David Wesser, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, Jay Eliott Silberg, Michael G. Lepre, Pillsbury Winthrop Shaw Pittman LLP, Washington, DC, Layton Jager Smith Jr., Wise, Carter, Child & Caraway, P.A., Jackson, MS, for Plaintiffs–Appellees.

Andrew P. Averbach, Harold D. Lester Jr., Scott D. Slater, Department of Justice, Jane K. Taylor, Lisa L. Donahue, Department of Energy, Washington, DC, for Defendant–Appellant.

### ORDER

A petition for hearing en banc having been filed by the Appellees,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for hearing en banc be, and the same hereby is, DENIED.

The appeal will be heard by a panel; a party may argue to the panel the need to overrule precedent, or other basis for hearing en banc; and the panel, if so convinced, will request a poll on rehearing en banc.